# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
| v. | ) | Case No. CR-18-00422-05-PHX-SPL |
| Dan Hyer | ) | |
| *Defendant* | ) | |

FILED ____ LODGED
____ RECEIVED ____ COPY

APR 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dan Hyer,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:371 – Conspiracy
18:1952(a)(3)(A) – Travel Act – Facilitate Prostitution
18:1956(h) – Conspiracy to Commit Money
18:1956(a)(1)(B)(i) – Concealment Money Laundering
18:1956(a)(2)(A) – International Promotional Money Laundering

Date: 03/29/2018

*Issuing officer's signature*

City and state: Phoenix, Arizona

Amanda Duran, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/29/2018, and the person was arrested on *(date)* 4/9/2018
at *(city and state)* Dallas, TX.

Date: 4/9/2018

by: _____
*Arresting officer's signature*

arrested by FBI

*Printed name and title*