BROWNE GEORGE ROSS LLP
K.C. Maxwell (State Bar No. 214701)
  kmaxwell@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorneys for Dan Hyer
*Pro hac admission pending*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>5.  DAN HYER,<br><br>        Defendant. | Case No. 2:18-cr-00422-SPL (JZB)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Undersigned counsel, K.C. Maxwell, hereby enters her appearance as counsel on behalf of Defendant Dan Hyer for any and all proceedings arising from the above-captioned case. Counsel's *pro hac vice* application is pending.

DATED:  April 17, 2018            Respectfully submitted,

                                  BROWNE GEORGE ROSS LLP
                                    K.C. Maxwell


                                  By:  /s/ K.C. Maxwell
                                          K.C. Maxwell
                                  Attorneys for Dan Hyer

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all registered counsel:

/s/ K.C. Maxwell
K.C. Maxwell