AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of**      ARIZONA

United States of America

Plaintiff (s),

V.

Michael Lacey, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   18-CR-00422 SPL

Notice is hereby given that, subject to approval by the court,   Daniel Hyer   substitutes

                                              (Party (s) Name)

K.C. Maxwell               , State Bar No.   214701     as counsel of record in

              (Name of New Attorney)

place of    Browne George Ross LLP                                         .

                                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      MAXWELL LAW, PC

Address:      899 ELLIS STREET, SAN FRANCISCO, CA  94109

Telephone:     (415) 494-8887      Facsimile

E-Mail (Optional):    kcm@kcmaxlaw.com

I consent to the above substitution.

Date:     5/17/2018

                              (Signature of Party (s))

I consent to being substituted.

Date:     5/17/2018

                   Brown George Ross LLP

                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     5/31/2018

                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                         Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**