IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dan Hyer,<br><br>　　　　　Defendant. | No. CR-18-00422-05-PHX-SPL<br><br>**ORDER** |

Before the Court is a Motion for Substitution of Counsel (Doc. 170) filed by K.C. Maxwell on behalf of the above-named Defendant. Upon consideration of the motion,

**IT IS THEREFORE ORDERED** the Motion for Substitution of Counsel (Doc. 170) is **granted**.

**IT IS FURTHER ORDERED** that Brown George Ross LLP, retained, is withdrawn as counsel of record, and that K.C. Maxell, retained, is substituted as counsel of record for Defendant.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____ from_____ to _____.

Dated this 8th day of June, 2018.

Honorable Steven P. Logan
United States District Judge