1 | MAXWELL LAW PC
  | KC Maxwell (State Bar No. 214701)
2 | *(Admitted Pro Hac Vice)*
  |   kcm@kcmaxlaw.com
3 | David S. Wakukawa (State Bar No. 262546)
  | *(Admitted Pro Hac Vice)*
4 |   dsw@kcmaxlaw.com
  | 23 Geary Street, Suite 600
5 | San Francisco, California  94108
  | Telephone: (415) 494-8887
6 | Facsimile: (415) 329-1985

7 | Attorneys for Defendant DANIEL HYER

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | Case No.  CR-18-00422-05-PHX-SPL (BSB) |
|---|---|
| Plaintiff(s), | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| 5.  DANIEL HYER, (Counts 1-63), | |
| Defendants. | |

-1-

1   To the CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2   Notice is hereby given that the address and fax number to KC Maxwell and David

3   S. Wakukawa of Maxwell Law PC as attorneys for Defendant Daniel Hyer in the above

4   captioned case have changed.  Their contact information is as follows:

5       KC Maxwell
    David S. Wakukawa
6       Maxwell Law PC
    23 Geary Street, Suite 600
7       San Francisco, CA  94108
    Tel:  415.494.8887
8       Fax: 415.329.1985
    Email:  kcm@kcmaxlaw.com
9               dsw@kcmlaw.com

10

11   DATED:  July 9, 2019        MAXWELL LAW PC
                            KC Maxwell
12                               David S. Wakukawa

13

14
                      By:   */s/ KC Maxwell*
15                               KC Maxwell
                  Attorneys for Defendant Daniel Hyer
16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on this day of July 9, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the attorneys of record.

*/s/ Christine Coopey*
Christine Coopey