MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>5.  Dan Hyer,<br><br>                Defendant. | No. CR-18-00422-005-PHX- SMB<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(Fourth Request)** |

The United States of America hereby requests this Court to continue the sentencing currently set for July 27, 2020, at 4:00 p.m. for Defendant Dan Hyer, for a period of six months, to January 27, 2021. Defendant Hyer's plea agreement contemplates that he will

1  not be sentenced until the conclusion of his cooperation. Counsel for the Defendant has no

2  objection to this motion.

3       Respectfully submitted this 4th day of May, 2020.

4                    MICHAEL BAILEY
                  United States Attorney
5                    District of Arizona

6                    *s/ Kevin Rapp*
7                    KEVIN M. RAPP
                  MARGARET PERLMETER
8                    PETER S. KOZINETS
                  ANDREW C. STONE
9                    Assistant U.S. Attorneys

10                    JOHN J. KUCERA
                  Special Assistant U.S. Attorney

11                    BRIAN BENCZKOWSKI
                  Assistant Attorney General
12                    Criminal Division, U.S. Department of Justice

13                    REGINALD E. JONES
                  Senior Trial Attorney
14                    U.S. Department of Justice, Criminal Division
                  Child Exploitation and Obscenity Section
15

16

17  ## CERTIFICATE OF SERVICE

18       I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

19

20  K C Maxwell
Maxwell Law PC
21  23 Geary St., Ste. 600
San Francisco, CA 94108
22  415-494-8887
Email: kcm@kcmaxlaw.com
23  *Attorneys for defendant Dan Hyer*

24
*s/Marjorie Dieckman*
25  US Attorney's Office

26

27

28