IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00422-005-PHX- SMB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Dan Hyer, | (Fifth Request) |
| Defendant. | |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing (Doc. 1038).

**IT IS FURTHER ORDERED** continuing the Sentencing from January 25, 2021 to <u>April 5, 2021 at 3:30 p.m.,</u> Courtroom 506 in Phoenix, Arizona.

Dated this 13th day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge