IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Dan Hyer,<br>　　　　Defendant. | No. CR-18-00422-005-PHX-SMB<br><br>**ORDER**<br><br>**(Sixth Request)** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing (Doc. 1127).

**IT IS FURTHER ORDERED** continuing the Sentencing from April 5, 2021, to December 13, 2021 at 10:30 a.m. in Phoenix, Arizona.

Dated this 2nd day of March, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge