GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Dan Hyer, <br><br> Defendant. | No. CR-18-00422-005-PHX-DJH <br><br> **MOTION TO CONTINUE SENTENCING** <br><br> **(Thirteenth Request)** |

The United States of America hereby requests this Court to continue the sentencing hearing currently set for October 21, 2024, at 11:30 a.m. for Defendant Dan Hyer, to a date after November 15, 2024. Defendant Ferrer's cooperation is incomplete as he may have to testify at both a restitution hearing and a retrial of Michael Lacey on the remaining counts in this case, and in a related pending trial in the Superior Court of California, Sacramento County, *People v. Lacey*, 16 FE024013.

- 1 -

Defendant Hyer's plea agreement contemplates that he will not be sentenced until the conclusion of his cooperation.

Counsel for the Defendant has no objection to this motion.

Respectfully submitted this 5th day of September, 2024.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        *s/ Kevin M. Rapp*
        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        JOSEPH BOZDECH
        Assistant U.S. Attorneys

        NICOLE M. ARGENTIERI
        Acting Assistant Attorney General
        Criminal Division, U.S. Department of Justice

        AUSTIN M. BERRY
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        Child Exploitation and Obscenity Section

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

 *s/Daniel Parke*
U.S. Attorney's Office