IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Dan Hyer,<br><br>            Defendant. | No. CR-18-00422-005-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the United States' Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from March 3, 2025, to _____ at _____ .