# UNITED STATES DISTRICT COURT

for the
## District of Arizona

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**   **Office of Legal Affairs, Passport Services**    **FROM:**    United States Pretrial Services
U.S. Department of State                  Sandra Day O'Connor Courthouse, Suite 260
CA/PPT/L/LA                        401 W. Washington Street, SPC 8
44132 Mercure Circle                    Phoenix, Arizona 85003-2119
P.O. Box 1243                        (602) 322-7350
Sterling, VA 20166-1243                  Fax: (602) 322-7380

### Disposition Notice

**Date:**   September 24, 2025

**By:**   VE

---

Defendant:   Dan Hyer                Case Number:     0970 2:18CR00422

Date of Birth:   1968                Place of Birth:    Rockford, Illinois

SSN:   XXX-XX-0125

---

**Notice of Court Order** (Order Date: April 9, 2025)

☒   The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒   The above-named defendant surrendered Passport number 52XXXXXXX to the custody of the U.S. Pretrial Services on April 16, 2025.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☒   The above order of the court is no longer in effect.

☐   Defendant not convicted – Document returned to defendant.

☐   Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒   Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court