| ✎AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br><br>**DUE DATE:** |
|---|---|---|

| 1. NAME　Daniel John Hyer | 2. PHONE NUMBER<br>214-729-0130 | 3. DATE<br>12/30/2025 |
|---|---|---|

| 4. FIRM NAME　KC |
|---|

| 5. MAILING ADDRESS　7006 San Mateo | 6. CITY　Dallas | 7. STATE<br>Texas | 8. ZIP CODE<br>75223 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:18-cr-00422-SPL-5 | 10. JUDGE　Judge Susan Brnovich | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 2018 | 12. 2025 |

| 13. CASE NAME<br>US V Lacey, et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY　Phoenix | 15. STATE　Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ | VOIR DIRE | | ☐ TESTIMONY (Specify) | | |
| ☐ | OPENING STATEMENT (Plaintiff) | | | | |
| ☐ | OPENING STATEMENT (Defendant) | | | | |
| ☐ | CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | | |
| ☐ | CLOSING ARGUMENT (Defendant) | | | | |
| ☐ | OPINION OF COURT | | | | |
| ☐ | JURY INSTRUCTIONS | | ☐ OTHER (Specify) | | |
| ☑ | SENTENCING | 09/09/2025 | | | |
| ☐ | BAIL HEARING | | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | | |
| 14-Day Transcript | ☐ | ☐ | | ☐ PAPER COPY | |
| 7-Day (Expedited) | ☐ | ☐ | | | |
| 3 -Day Transcript | ☐ | ☑ | | ☑ PDF (e-mail) | |
| Next-Day (Daily) | ☐ | ☐ | | | |
| 2-Hour (Hourly) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| Realtime Transcript | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges<br>(deposit plus additional). | E-MAIL ADDRESS<br>djhyer@gmail.com |
|---|---|
| 19. SIGNATURE Daniel John Hyer | **NOTE:  IF ORDERING MORE THAN ONE FORMAT,<br>THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 12/30/2025 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:　　COURT COPY　　TRANSCRIPTION COPY　　ORDER RECEIPT　　ORDER COPY